

150 E. 18th St., Suite PHR · New York, NY 10003
Tel (212) 228-9795 · Fax (212) 982-6284
NYJG@aol.com

September 25, 2020

**VIA ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Young v. Goli Nutrition Inc.,*
                Case No.: 1:20-cv-5423-LJL

Dear Judge Liman,

      The undersigned represents Lawrence Young, on behalf of himself and all other persons similarly situated ("Plaintiff"), in the above-referenced action against Goli Nutrition Inc., ("Defendant"). We write, with Defendant's consent to inform the Court that the Parties have reached a resolution in principle, and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in thirty days if the matter is not dismissed. In light of the anticipated resolution, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

      We thank the Court for its time and attention in this matter.

                                                         Respectfully submitted,
                                                        *s/ Jeffrey M. Gottlieb, Esq.*
                                                         Jeffrey M. Gottlieb, Esq.

cc: all counsel of record VIA ECF